**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

BARBARA A. BROWN                                      PLAINTIFF

v.                          No. 4:24-cv-377-DPM

STATE OF ARKANSAS and BUREAU OF
LEGISLATIVE RESEARCH                                DEFENDANTS

## JUDGMENT

Brown's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2026